

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00131-CV

**EFT EXPRESS SA DE CV**,
Appellant

v.

Diana **ROBLES**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVF001280D4
Honorable David E. Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: April 15, 2026

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on March 17, 2026, but it was not filed. On February 27, 2026, the trial court clerk notified this court that the clerk's record would not be filed when originally due because the appellant is not entitled to appeal without paying the fee, and the appellant had failed to pay the fee for preparing the clerk's record. On March 12, 2026, this court ordered appellant to show cause in writing by March 23, 2026, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is

dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).  Costs of the appeal are taxed against appellant.

PER CURIAM